

**ORDERED in the Southern District of Florida on May 26, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO. 19-19090-AJC |
| **RODY AMET BLANCO,** | Chapter 13 |
|     Debtor. _____/ | |

### ORDER SUSTAINING OBJECTION TO CLAIM

**THIS CAUSE** came before the Court for a hearing on April 28, 2020 at 9:00 a.m. upon the Debtor's Objection to Claim No. 6 of Westbird Village Condominium Association [ECF 71]. For the reasons stated on the record, it is

**ORDERED** that Debtor's objection to claim is **SUSTAINED**. Claim No. 6 filed by Westbird Village Condominium Association is **STRICKEN and DISALLOWED**.

# # #

Submitted by:

Diego German Mendez
Florida Bar No. 52748
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile:  305.809.8474
Email: info@mendezlawoffices.com

Attorney Diego Mendez is directed to serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

Attorney Diego Mendez is directed to serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).